THOMAS KEVIN KONICEK (SBN 110744)
MICHELLE V. ZYROMSKI (SBN 191606)
ZYROMSKI KONICEK LLP
Attorneys at Law
613 Fourth Street, Suite 203
Santa Rosa, California 95404
Telephone: (707) 542-1393
Facsimile: (707) 542-7697

Attorneys for Movant
VIDA NUEVA PARTNERS, LP

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA

In Re

ART DANIELS,

          Debtor.

CASE NO.: 18-10727 RLE 7
(Chapter 7)

**[PROPOSED] ORDER AFTER HEARING GRANTING MOTION FOR ORDER CONFIRMING THAT NO AUTOMATIC STAY IS IN EFFECT**

Date: November 5, 2018
Time: 11:00 a.m.
Location: 99 South E St., Santa Rosa, CA
Judge: Honorable Roger L. Efremsky

Moving Party VIDA NUEVA PARTNERS, LP's Motion for Order Confirming That No Automatic Stay Is In Effect came on for hearing on November 5, 2018 at 11:00 a.m., the Honorable Roger L. Efremsky presiding. Attorney Michelle V. Zyromski appeared on behalf of Movant. No appearance was made on behalf of Debtor.

UPON JUST CAUSE APPEARING IT IS ORDERED THAT:

1. Pursuant to 11 United States Code section 362(b)(22), no automatic stay is in effect. The Movant may take any and all acts available to Movant under applicable law to regain possession of the premises at 717 Rohnert Park Expressway, Rohnert Park, California 94928, Sonoma County, that is owned by Movant, under Movant's October 3, 2018 eviction Judgment for Possession obtained in the Sonoma County Superior Court unlawful detainer case captioned *Vida Nueva Partners, LP v. Art Daniels*, Sonoma County Superior Court Case No. MCV-246003.

-1-

2. In addition to possession of the premises, Movant VIDA NUEVA PARTNERS, LP may seek to recover post-petition damages and post-petition attorney's fees and expenses as provided by state law.

IT IS SO ORDERED.

Dated: November 5, 2018

By: _____
HONORABLE ROGER L. EFREMSKY
United States Bankruptcy Judge